United States Court of Appeals

For the Eighth Circuit

_____

No. 23-3149
_____

United States of America

*Plaintiff - Appellee*

v.

Jason William Ballou

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Northern District of Iowa
_____

Submitted: April 16, 2024
Filed: April 19, 2024
[Unpublished]
_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jason Ballou appeals after he pled guilty to a firearm offense and the district court[1] imposed a sentence within the United States Sentencing Guidelines Manual

_____

[1]The Honorable Leonard T. Strand, then Chief Judge, now United States District Judge for the Northern District of Iowa.

range.  His counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), and seeks leave to withdraw.

After careful independent review under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no basis for a nonfrivolous challenge to Ballou's conviction, and we also conclude the district court did not abuse its discretion in sentencing Ballou. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760-61 (8th Cir. 2014) ("A sentence which falls within the guideline range is presumed to be reasonable[.]")  Accordingly, we grant counsel leave to withdraw and affirm.

_____